CRIMINAL COMPLAINT

| **United States District Court** | **DISTRICT of ARIZONA** | |
|---|---|---|
| **United States of America**<br>**v.**<br><br>**JEFFREY GREENBERG**<br>DOB: 1950, U.S. Citizen | DOCKET NO. | |
| | MAGISTRATE'S CASE NO.<br><br>**16-05695MJ** | |

Complaint for violation of Title 18, United States Code § 371

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

1. There was an agreement between two or more persons to commit the crimes of wire fraud, in violation of 18 U.S.C. § 1343, and money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(1).
2. The defendant became a member of the conspiracy knowing of at least one of its objects and intending to help accomplish them.
3. The defendant committed at least one overt act in furtherance of the conspiracy.
   Elements of Money Laundering
1. The defendant conducted or attempted to conduct a financial transaction involving property that represented the proceeds of wire fraud, in violation of 18 U.S.C. § 1343;
2. The defendant knew that the property represented the proceeds of some form of illegal activity; and
3. The defendant knew that the transaction was designed in whole or in part to conceal or disguise the nature, location, source, ownership, or control of the proceeds of the specified unlawful activity.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

Beginning at least around August 2013, and continuing through January 2015, within the District of Arizona and elsewhere, Defendant knowingly and intentionally conspired and agreed with C.G., and P.C.D. to commit money laundering, in violation of Title 18, United States Code, Section 371 and Title 18, United States Code, Section 1956.

The purpose of the conspiracy was to fraudulently obtain tens of millions of dollars from Beach Point Capital Management and did so by creating false expenses submitted to escrow during the sales of individual properties *and* creating false invoices for refurbishing work not completed on the commercial properties. The conspirators used the tens of millions of dollars in false expense proceeds for their own personal use and benefit.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Mike Jette<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>FBI Special Agent Steve Morris |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>[1] See Federal rules of Criminal Procedure Rules 3 and 54 | DATE<br>May 13, 2016 |